# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-3351

_____

United States of America

*Plaintiff - Appellee*

v.

Kenneth B. Wilson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: April 17, 2020
Filed: May 11, 2020
[Unpublished]

_____

Before KELLY, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Kenneth B. Wilson pleaded guilty to failing to register as a sex offender, in violation of 18 U.S.C. § 2250(a), and was sentenced to 24 months' imprisonment and ten years of supervised release. Wilson argues that the term of supervised release is substantively unreasonable. We disagree.

The district court[1] was required to impose a five-year term of supervised release and was authorized to impose a life term. See 18 U.S.C. § 3583(k). The court considered that Wilson had not previously been convicted of failing to register and that his felony convictions were decades old, but decided that Wilson's numerous and recent other offenses called for a lengthy term of supervision. The court did not abuse its discretion in deciding that a ten-year term of supervised release was warranted. See United States v. DeMarrias, 895 F.3d 570, 573-75 (8th Cir. 2018) (reviewing for abuse of discretion the imposition of a life term of supervised release).

The judgment is affirmed.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.